**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PACIOTTI S.p.A.,

                Plaintiff,

-against-

DELLAMODA, INC.,

                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 5488 (CM)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 6, 2020, and for the reasons stated in this Court's Decision and Order at Dkt. No. 14, this Court lacks personal jurisdiction over Dellamoda, and venue is not proper in this district. Neither Party has asked this Court to transfer the case in lieu of dismissal. Accordingly, Dellamoda's motion to dismiss the complaint is granted without prejudice.

**Dated:** New York, New York
         January 8, 2020

                              **RUBY J. KRAJICK**

                                   **Clerk of Court**

BY: _____
           **Deputy Clerk**